**JML LAW**
A PROFESSIONAL LAW CORPORATION
21052 OXNARD STREET
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

Joseph M. Lovretovich, CA State Bar No. 73403
jml@jmllaw.com
D. Aaron Brock, CA State Bar No. 241919
aaron@jmllaw.com
Bradley J. Benham, CA State Bar No. 277237
brad@jmllaw.com
**Attorneys for Plaintiff**
ROBERT CORREA, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CORREA, JR., an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Corporation; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. C 13-04808 LHK<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date: February 12, 2014<br>Time: 2:00 p.m.<br>Dept.: Courtroom 3<br>Judge: Hon. Lucy H. Koh<br><br>Complaint Filed: June 24, 2013<br>Trial Date: None Set |

///
///
///
///

1

1  Pursuant to the Court's standing order, Plaintiff Robert Correa, Jr. ("Plaintiff" or "Correa") respectfully request the Court's permission to attend the Initial Case Management Conference, scheduled in this matter for February 12, 2014 at 2:00 p.m., by telephone.

Defendant does not object to Plaintiff appearing telephonically.

Plaintiff's Counsel will be able to fully participate in the Case Management Conference by telephone without detriment to the proceedings. Additionally, there are no significant disputes between the Parties regarding the issues to be discussed during the Case Management Conference other than the scheduling of pretrial and trial deadlines and dates. Counsel believes that any issues that need to be addressed can be effectively addressed via telephonic appearance, and that therefore the additional expense that would be incurred with an in person appearance is unwarranted.

DATED: February 5, 2014        JML LAW, APLC

By:   /s/ D. Aaron Brock
Joseph M. Lovretovich
D. Aaron Brock
Bradley J. Benham

**Attorneys for Plaintiff**
**ROBERT CORREA, JR.**

# [~~PROPOSED~~] ORDER

Having read the Request for Telephonic Appearance by Plaintiff ROBERT CORREA, JR., the Court finds that good cause exists therefore.

Accordingly, the Court hereby orders that:

D. Aaron Brock, counsel of record for Plaintiff ROBERT CORREA, JR., may appear telephonically on February 12, 2014 at 2:00 p.m., for the Initial Case Management Conference in this matter.   Counsel to arrange through CourtCall.

Dated: 2/6/14

*Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

JML LAW
A Professional Law Corporation
21052 Oxnard Street
Woodland Hills, CA 91367
(818) 610-8800