**JML LAW**
A PROFESSIONAL LAW CORPORATION
21052 OXNARD STREET
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
jml@jml.com
D. AARON BROCK, STATE BAR NO. 241919
aaron@jmllaw.com
BRADLEY BENHAM, STATE BAR NO. 277327
brad@jmllaw.com

**Attorneys for Plaintiff**
ROBERT CORREA, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CORREA, JR., an individual,<br><br>             Plaintiff,<br><br>     vs.<br><br>HOME DEPOT U.S.A., INC., a Georgia Corporation; and DOES 1-50, inclusive,<br><br>             Defendants. | Case No. 13-CV-04808-LHK<br><br>Order granting request<br><br>Complaint Filed: July 25, 2013<br>Trial Date:      August 3, 2015 |

///
///
///
///

1
**NOTICE OF SETTLEMENT**

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to file the dismissal.

DATED: June 18, 2014

JML LAW, A Professional Law Corporation

By: _____
JOSEPH M. LOVRETOVICH
D. AARON BROCK
BRADLEY J. BENHAM
Attorneys for Plaintiff

The parties' request to file their dismissal in thirty days is GRANTED. The parties' Case Management Conference set for July 9, 2014 is hereby continued to August 13, 2014 at 2pm.

It is so Ordered.

_____
Lucy H. Koh
U.S. District Judge