UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CORREA, JR., | Case No.: 13-cv-04808-LHK |
| Plaintiffs, | ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |
| v. | |
| HOME DEPOT U.S.A., INC, and DOES 1-50, | |
| Defendants. | |

The parties have failed to file a Joint Case Management Statement seven days in advance of the Case Management Conference set for August 13, 2014 as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by <u>Monday, August 11, 2014, at 9 a.m.</u> The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: August 7, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-04808
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT